No. D–2359. IN RE DISBARMENT OF HACKMAN. Disbarment entered.

No. 03–633. ROPER, SUPERINTENDENT, POTOSI CORREC-TIONAL CENTER v. SIMMONS. Sup. Ct. Mo. Motion of respondent for appointment of counsel granted. Jennifer Herndon, Esq., of St. Louis, Mo., is appointed to serve as counsel for respondent in this case.

No. 03–1304. WARD v. SOUTH CAROLINA. Sup. Ct. S. C. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 03–9861. IN RE SANCHEZ;

No. 03–9969. IN RE KHALID ET AL.;

No. 03–9970. IN RE EL-BANNA ET AL.; and

No. 03–9977. IN RE ELLIS. Petitions for writs of habeas cor-pus denied.

No. 03–1379. IN RE ALLUSTIARTE ET UX.;

No. 03–9667. IN RE McGUIRE; and

No. 03–9696. IN RE LEE. Petitions for writs of mandamus denied.

No. 03–1285. IN RE HUFF ET UX. Motion of petitioners for sanctions denied. Petition for writ of mandamus denied.

No. 03–9743. IN RE TINNER. Petition for writ of mandamus and/or prohibition denied.

No. 03–525. ROSARIO v. UNITED STATES. C. A. 7th Cir. Cer-tiorari denied.

No. 03–866. ROUTIER v. TEXAS. Ct. Crim. App. Tex. Certio-rari denied.

No. 03–867. CF INDUSTRIES, INC. v. UNITED STATES; and

